| **Fill in this information to identify your case:** |
|---|

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION AT COLUMBUS

Case number *(if known)* _____

Chapter you are filing under:
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy    06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Identify Yourself**

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Pavani<br>First name<br><br>Reddy<br>Middle name<br><br>Baddam<br>Last name and Suffix (Sr., Jr., II, III) | <br>First name<br><br><br>Middle name<br><br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-0005 | |

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 1

Debtor 1   Pavani Reddy Baddam _____   Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN | EIN |
| **5. Where you live** | 4323 Village Club Drive<br>Powell, OH 43065<br>Number, Street, City, State & ZIP Code<br><br>Delaware<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    Pavani Reddy Baddam                                              Case number *(if known)*

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | Relationship to you |
|---|---|
| District    When | Case number, if known |
| Debtor | Relationship to you |
| District    When | Case number, if known |

**11. Do you rent your residence?**

- ■ No.    Go to line 12.
- ☐ Yes.    Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   Pavani Reddy Baddam                                              Case number *(if known)*

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No. Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No. I am not filing under Chapter 11.

■ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number, Street, City, State & Zip Code

Debtor 1   Pavani Reddy Baddam _____   Case number *(if known)* _____

**Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.** <br><br> The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file. <br><br> If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:* <br><br> ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br><br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br><br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br><br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br><br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br><br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of:** <br><br>     ☐ **Incapacity.** <br>     I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br>     ☐ **Disability.** <br>     My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. <br><br>     ☐ **Active duty.** <br>     I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:* <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br><br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br><br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br><br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br><br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br><br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br><br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of**: <br><br>     ☐ **Incapacity.** <br>     I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br>     ☐ **Disability.** <br>     My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. <br><br>     ☐ **Active duty.** <br>     I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1    Pavani Reddy Baddam                                          Case number *(if known)*

### Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

### Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Pavani Reddy Baddam
Pavani Reddy Baddam
Signature of Debtor 1

Signature of Debtor 2

Executed on    May  2, 2025
                MM / DD / YYYY

Executed on    _____
                MM / DD / YYYY

| Debtor 1 | Pavani Reddy Baddam | Case number *(if known)* | |
|---|---|---|---|

| | |
|---|---|
| **For your attorney, if you are represented by one** **If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

/s/ Patricia J. Friesinger
Signature of Attorney for Debtor

Date   May 2, 2025
MM / DD / YYYY

Patricia J. Friesinger 0072807
Printed name

Coolidge Wall Co., L.P.A.
Firm name

33 West First Street, Suite 200
Dayton, OH 45402
Number, Street, City, State & ZIP Code

Contact phone  937-223-8177     Email address  friesinger@coollaw.com

0072807 OH
Bar number & State

---

Official Form 101      **Voluntary Petition for Individuals Filing for Bankruptcy**      page 7

**Fill in this information to identify your case:**

Debtor 1: Pavani Reddy Baddam
First Name    Middle Name    Last Name

Debtor 2:
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION AT COLUMBUS

Case number
(if known)

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:   List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

|   | Creditor | Nature of claim | Claim status | Lien | Unsecured claim |
|---|---|---|---|---|---|
| 1 | A-One Investments & Finance LLC<br>3276 Buford Drive, Ste. 104<br>Box 387<br>Buford, GA 30519 | Judgment | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | ■ No<br>☐ Yes. Total claim (secured and unsecured)<br>Value of security: -<br>Unsecured claim | $92,305.00 |
| 2 | BlueVine<br>P&B Capital Group LLC<br>455 Center Rd<br>Buffalo, NY 14224 | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | ■ No<br>☐ Yes. Total claim (secured and unsecured) | $147,833.85 |

Debtor 1     Pavani Reddy Baddam                              Case number *(if known)*

|  |  |
|---|---|
| Contact phone | Value of security: - <br> Unsecured claim |

### 3

**BMW Financials**
BMW BANK OF NORTH AMERICA
P.O. BOX 78066
Phoenix, AZ 85062

**What is the nature of the claim?**   2025 BMW X5 19500 miles Vehicle: KBB General Valuation: 54062.   **$23,487.95**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)   $77,549.95
   Value of security:   - $54,062.00
   Unsecured claim   $23,487.95

### 4

**CAN Capital Asset Servicing, Inc.**
c/o Vincent E. Aubrey, Esq.
1170 Peachtree St., Ste. 1925
Atlanta, GA 30309

**What is the nature of the claim?**   Judgment   **$252,335.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security: -
   Unsecured claim

### 5

**Capital One**
PO Box 981600
Boston, MA 02298

**What is the nature of the claim?**   **$2,916.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security: -
   Unsecured claim

### 6

**Discover**

**What is the nature of the claim?**   opened account in 2003   **$21,428.07**

| Debtor 1 | Pavani Reddy Baddam | Case number *(if known)* | |
|---|---|---|---|

c/o CT Corporation Systems
4400 Easton Commons Way, Suite 125
Columbus, OH 43219-6223

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

---

**7**

Discover
c/o CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, OH 43219-6223

**What is the nature of the claim?** Account openned in 2000    $15,932.83

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

---

**8**

Federal income Tax
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

**What is the nature of the claim?**    $40,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

---

**9**

Marion 9 LLC
925 Toulon Ave.
Marion, OH 43302

**What is the nature of the claim?** Judgment    $4,304,279.18

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact

---

Debtor 1   Pavani Reddy Baddam                                  Case number *(if known)*

Contact phone

Value of security:                   -
Unsecured claim

---

**10**  MedCare Ambulance
3699 Paragon Drive
Columbus, OH 43228-9751

**What is the nature of the claim?**   Son's medical bills    $1,220.00

**As of the date you file, the claim is:** Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

**Does the creditor have a lien on your property?**
■   No
☐   Yes. Total claim (secured and unsecured)
        Value of security:                   -
        Unsecured claim

Contact

Contact phone

---

**11**  Mid-Ohio Emergency Services LLC
111 S. Grant Avenue
Columbus, OH 43215-4701

**What is the nature of the claim?**   Medical Bill for son    $527.22

**As of the date you file, the claim is:** Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

**Does the creditor have a lien on your property?**
■   No
☐   Yes. Total claim (secured and unsecured)
        Value of security:                   -
        Unsecured claim

Contact

Contact phone

---

**12**  Nationwide Children Hospital
700 Children's Drive
Columbus, OH 43205-2664

**What is the nature of the claim?**   Son's Hospital admit bill    $3,481.46

**As of the date you file, the claim is:** Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

**Does the creditor have a lien on your property?**
■   No
☐   Yes. Total claim (secured and unsecured)
        Value of security:                   -
        Unsecured claim

Contact

Contact phone

---

**13**  Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530

**What is the nature of the claim?**   All Real Estate    $24,105.08

**As of the date you file, the claim is:** Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

Debtor 1   Pavani Reddy Baddam                                            Case number *(if known)*

|  |  |  |
|---|---|---|
|  | **Does the creditor have a lien on your property?** |  |
|  | ☐ No |  |
| Contact | ■ Yes. Total claim (secured and unsecured) | $24,105.08 |
|  | Value of security: | - $0.00 |
| Contact phone | Unsecured claim | $24,105.08 |

**14**  OhioHealth Corporation
3430 OhioHealth Parkway
Columbus, OH 43202

**What is the nature of the claim?**   Son's back injury        $3,481.46

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:   -
   Unsecured claim

Contact
Contact phone

**15**  PNC Bank, National Association
1900 East Ninth St.
Cleveland, OH 44114

**What is the nature of the claim?**   All Real Estate CJ Filed 5/1/2023    $88,087.22

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)   $88,087.22
   Value of security:   - $1,134,500.00
   Unsecured claim   $88,087.22

Contact
Contact phone

**16**  PRIMEMD, INC.
1 East Liberty Street, Suite 600
Reno, NV 89501

**What is the nature of the claim?**   4323 Village Club Drive Powell, OH 43065 Residence: primary home Estimated full value is $925,000; Non-filing spouse's dower interest valued at 25.3       $20,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

Debtor 1    Pavani Reddy Baddam                              Case number *(if known)*

|  |  |  |
|---|---|---|
| Contact | ☐ No | |
| | ■ Yes. Total claim (secured and unsecured) | $20,000.00 |
| | Value of security: | - $925,000.00 |
| Contact phone | Unsecured claim | $20,000.00 |

---

**17**

Rani Lakhi
c/o Allen Stovall Neuman & Ashton LLP
17 S. High Street, Ste. 1220
Columbus, OH 43215

**What is the nature of the claim?**  All Real Estate (CJ Filed 1/19/2022)    $992,546.78

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)    $1,126,124.70
       Value of security:    - $925,000.00
Contact
Contact phone    Unsecured claim    $992,546.78

---

**18**

Speedy Funding, LLC
750 Main Street, Ste. 906
Hartford, CT 06103

**What is the nature of the claim?**    Judgment    $36,625.50

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
       Value of security:    -
Contact
Contact phone    Unsecured claim

---

**19**

SYNCHRONY BANK
Attn: Bankruptcy Dept.
PO Box 965064
Orlando, FL 32896-5064

**What is the nature of the claim?**    opened in 2021    $3,318.94

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
       Value of security:    -
Contact
Contact phone    Unsecured claim

---

**20**

Wise Venture LLC

**What is the nature of the claim?**    Judgment    $160,806.85

Debtor 1    Pavani Reddy Baddam                               Case number *(if known)*

1530 Coleman St.
Brooklyn, NY 11234

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:  -
    Unsecured claim

Contact

Contact phone

| Part 2: | **Sign Below** |

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  /s/ Pavani Reddy Baddam
   Pavani Reddy Baddam
   Signature of Debtor 1

X  _____
   Signature of Debtor 2

Date  May  2, 2025

Date  _____

```
A-One Investments & Finance LLC
3276 Buford Drive, Ste. 104
Box 387
Buford, GA 30519

Access Medical Group LLC
c/o Chris Chapman
7658 State Ridge Blvd
Reynoldsburg, OH 43068

Adam R. Schwartz, Esq.
141 East Town St., Ste. 200
Columbus, OH 43215

BlueVine
P&B Capital Group LLC
455 Center Rd
Buffalo, NY 14224

BMW Financials
BMW BANK OF NORTH AMERICA
P.O. BOX 78066
Phoenix, AZ 85062

CAN Capital Asset Servicing, Inc.
c/o Vincent E. Aubrey, Esq.
1170 Peachtree St., Ste. 1925
Atlanta, GA 30309

Capital One
PO Box 981600
Boston, MA 02298

Chandra Veerla
1475 Scarlet Ave.
Lewis Center, OH 43035

Chris Davis, Inc. d/b/a Auction Ohio
7461 Worthington Galena Rd.
Columbus, OH 43085

David Fogel, Esq.
1225 Franklin Ave., Ste. 522
Garden City, NY 11530

Delaware County Treasurer
145 N Union Street, 1st Floor
Delaware, OH 43015

Dickie, McCamey & Chilcote, P.C.
250 Civic Center Drive, Suite 280
Columbus, OH 43215
```

```
Discover
c/o CT Corporation Systems
4400 Easton Commons Way, Suite 125
Columbus, OH 43219-6223

Discover
c/o CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, OH 43219-6223

Federal income Tax
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Glen Oak Association, Inc.
Borror Properties Management LLC
985 North High Street, Ste. 210
Columbus, OH 43201

Golf Village Property Owners Association
c/o Donald R. Kenney
3755 Attucks Drive
Powell, OH 43065

Jagruti Patel
4875 Royal County Down
Westerville, OH 43082

Jimmy C. and Vashon Bonds
76 Courtyard Crossing Drive
Powell, OH 43065

JK Thien, Esq.
3100 Somerford Rd.
Columbus, OH 43221

Julian Heinrich, Esq.
445 Hutchinson Ave., Ste. 600
Columbus, OH 43235

Marion 9 LLC
925 Toulon Ave.
Marion, OH 43302

MedCare Ambulance
3699 Paragon Drive
Columbus, OH 43228-9751

Meitra Health, LLC
c/o Meritra Clinics
109 Commerce Park Drive
Westerville, OH 43082
```

```
Meritra Clinics LLC
1010 Jackson Hole Drive
Blacklick, OH 43004

Meritra Health Care Granville Pike LLC
1010 Jackson Hole Dr.
Blacklick, OH 43004

Meritra Health Care Main LLC
1010 Jackson Hole Dr.
Blacklick, OH 43004

Meritra Health Care Morse LLC
1010 Jackson Hole Dr.
Blacklick, OH 43004

Meritra Inc.
85 Phillipi Rd.
Columbus, OH 43228

Meritra Physicians LLC
109 Commerce Park Drive
Westerville, OH 43082

Meritra Real Estate Holdings LLC
1010 Jackson Hole Dr., Ste. 200
Blacklick, OH 43004

Meritra Real Estate Holdings, LLC
c/o Chris E. Chapman, Agent
1010 Jackson HOld Drive, Ste. 200
Blacklick, OH 43004

Mid-Ohio Emergency Services LLC
111 S. Grant Avenue
Columbus, OH 43215-4701

Midwest Spine and Pain Consultants LLC
c/o HLG Statutory Agent
7658 Slate Ridge Blvd
Reynoldsburg, OH 43068

Nationwide Children Hospital
700 Children's Drive
Columbus, OH 43205-2664

Naveen Bekkam
4323 Village Club Drive
Powell, OH 43065

Naveen Kumar Reddy Baddam
4323 Village Club Drive
Powell, OH 43065
```

Niranjan Patel
4875 Royal County Down
Westerville, OH 43082

Ohio Attorney General
Collections Enforce. Sec. Attn: Bankr.
30 East Broad St., 14th Floor
Columbus, OH 43215

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530

OhioHealth Corporation
3430 OhioHealth Parkway
Columbus, OH 43202

Pacific Premier Bank
17901 Von Karman Avenue, Ste. 1200
Irvine, CA 92614

PNC Bank, National Association
1900 East Ninth St.
Cleveland, OH 44114

PrimeMD, Inc
99 N Brice Rd
SUITE 140,
COLUMBUS, OH 43213

PRIMEMD, INC.
1 East Liberty Street, Suite 600
Reno, NV 89501

Rani Lakhi
c/o Allen Stovall Neuman & Ashton LLP
17 S. High Street, Ste. 1220
Columbus, OH 43215

Real Property Management
470 Olde Worthington Road
Suite 200
Westerville, OH 43082

Riverside Radiology & Intervent. Assoc.,
100 E. Campus View Blvd, Ste. 100
Columbus, OH 43235

Robert B. Trattner, Esq.
1653 Merriman Rd., Ste. 203
Akron, OH 44313

Sanjay K Bhatt, Esq.
2935 Kenny Road, Ste. 225
Columbus, OH 43221

Secetary of HUD
451 Seventh Street, SW
Washington, DC 20410

Shellpoint Mortgage
SHELLPOINT MORTGAGE SERVICING
P.O. BOX 650840
Dallas, TX 75265-0840

Speedy Funding, LLC
750 Main Street, Ste. 906
Hartford, CT 06103

Suhasini Veerla
1427 Scarlet Ave.
Lewis Center, OH 43035

SYNCHRONY BANK
Attn: Bankruptcy Dept.
PO Box 965064
Orlando, FL 32896-5064

The Courtyards of Powell Condominium Ass
c/o Kaman & Cusimano, LLC
11311 Corell Park Drive, Suite 220
Cincinnati, OH 45242

Theodore R. Saker, Jr., Esq.
2929 Kenny Road, Ste. 280
Columbus, OH 43221

Thomas H. Mallory, Jr.
1733 Lane Av.
Columbus, OH 43221

Todd Neuman, Esq.
10 W. Broad Street, Ste. 2400
Columbus, OH 43215

Triven Health Inc.
c/o HLG Statutory Agent
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068

Triven Health Inc.
d/b/a Internal Medicine Associates
76 courtyard Crossing Drive
Powell, OH 43065

```
Triven Health Inc.
d/b/a PrimeMD
9039 Antares Ave., Ste. E-2
Columbus, OH 43240

Triven Health Inc.
9039 Antares Ave., Ste. E-2
Columbus, OH 43240

US Bank
PO Box 21948
Eagan, MN 55121

William M. Irvine, Esq.
720 East Broad St., Ste. 200
Columbus, OH 43215

Wise Venture LLC
1530 Coleman St.
Brooklyn, NY 11234
```